# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

Agut Agut

)   Case No. _____
)         *(to be filled in by the Clerk's Office)*
)
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

)   Jury Trial: *(check one)* ☑ Yes ☐ No

-v-

Postoffice, Jenny Gonzalez, EAL

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

I.   **The Parties to This Complaint**

   A.   **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name                Agut Agut
   Street Address      85 Newcastle St, Apt 301
   City and County     Lynn, MA 01905
   State and Zip Code
   Telephone Number    617-785-6537
   E-mail Address      aaguto1@aol.com

   B.   **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1
- Name: Jenny Gonzalez
- Job or Title (if known): Cashier Postoffice
- Street Address: 51 Willow Street
- City and County: Lynn, MA 01901
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Christopher Joyce
- Job or Title (if known):
- Street Address: 51 Willow Street
- City and County: Lynn
- State and Zip Code: 01901
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: Tom Kinber
- Job or Title (if known): Manager
- Street Address: 51 Willow Street
- City and County:
- State and Zip Code: 01901
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: Postoffice
- Job or Title (if known):
- Street Address: 51 Willow Street
- City and County: Lynn, MA
- State and Zip Code: 01901
- Telephone Number:
- E-mail Address (if known):

**Agut Agut**

85 Newcastle Street apt # 301

Lynn MA 01905

Agu  617-785-6537

Today August,17,2023, I went to post office in the morning hours around 11:20 A.M to get a new passport process at 51 willow street, Lynn MA 01901.when I got there I was told by post office employees that if I needed passport than I have to make appointment, I explained to him that on the website it stated that I can do it on walk in hours which 9:30 to 12:30 or 12:30 to 1:30 p.m. also explained that I will back to with my wife to do my daughter passport because I was there yesterday on August,16,23 and the lady who refused to serve me complete my daughter passport was the one who told me that I have to bring back the form filed with two ID's and my wife to be present. When I came back today at walking in hours services, I stood in the line where it stated passport service, however I was five minutes earlier which my time clock indicated it was 12:25 p.m. I told the postman that I will just wait here for another five minutes until I get serve. He then replies to me stating that I will be behind other two families that were standing on wrong line, I explained to him that I did not see them standing in the line where I stood ,he then replies you're going to be behind them weather you like it or not and "I make the rules here" not you " to me.I then told him sir, I follow the rules and I came back for walking hours as you told me and the lady yesterday and I read the signs and stood on correct lane, so it's not my fault if others can't read or follow instructions .The lady then preceded to help other who clearly behind me.which I later find out her name to be the cashier JENNY GONZALEZ .I explained to her that you're not following the rules your company placed on, it stated whoever comes first get serve right?. Then she replies I don't have follow them, so I requested to speak to her manager. His name was TOM KIMBER, while I was explaining to him what happened, he than explained to me her employee made a mistake telling the other two families to wait in wrong window for passport serving which clearly wasn't the case, he then said to me that I was next, however another gentleman arrived while I was talking to the manager and started threatening me in front of my wife and my 1 year/3 years old daughter  by calling police on me, I told go ahead I did not break any laws, I follow the rules so you should too, I explained to him I was here this morning

around 11:20 A.M, but that doesn't make it that I should be first because I had to leave, and rules are the first comes the first serve, he then said you have to lower my voice, I told him I was talking to the manager and never said a word to you, you're threatening me in front of my kids, I told him that's my tone of voice which I have never changed, I also explained to him that you can't denied me services here, as a tax payer and this post office is for public and I have the right to be served and I feel those three employee of post office broke the rules and regulation to do their obligation duties to serve public. Those three are 1) Christopher Joyce #2) Cashier Jenny Gonzalez who denied me service, and her manager #3 Tom Kimber. I called the police on them for refusing to serve but they advise me to take a different action because they're obligated to force employee of post office to serve me.

*Agut Agut*
8/18/23